UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Harold Dean Garretson Jr.**                              Docket No. 7:16-CR-104-1D

**Petition for Action on Supervised Release**

COMES NOW David W. Leake, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Harold Dean Garretson Jr., who, upon an earlier plea of guilty to Conspiracy to Manufacture and Possess With Intent to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 851, was sentenced in the Western District of North Carolina by the Honorable Lacy H. Thornburg, U.S. District Judge, on March 27, 2003, to the custody of the Bureau of Prisons for a term of 188 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

Harold Dean Garretson Jr. was released from custody on October 13, 2015, at which time the term of supervised release commenced.

The Western District of North Carolina was notified that on January 26, 2016, while working on an approved travel permit in the Eastern District of California, a drug test collected from the defendant was positives for opiates. When confronted, he admitted to using his wife's prescribed medication. In response, the defendant was required to immediately return to the Eastern District of North Carolina, and in an effort to improve his thinking process was taught the STARR Cognitive Model on February 22, 2016. The Western District of North Carolina took no further action.

Jurisdiction was transferred to the Eastern District of North Carolina on September 29, 2016.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has not yet submitted to an evaluation for Domestic Violence Treatment as ordered; however, the appointment is scheduled and will be completed within the next 30 days. The defendant has recently been self-employed as a handyman but has struggled financially. On June 9, 2017, the undersigned officer learned that the defendant and his wife were separating due to their financial difficulties and marital differences. It was also confirmed that he was recently served with two civil summons for work that he failed to complete for two customers in Brunswick County, North Carolina. Given his financial and marital difficulties, the defendant's need for mental health treatment has increased but he is no longer able to afford these services on his own. Accordingly, a condition providing for mental health counseling (which will include medication management) is recommended. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision. Additionally, the defendant has been reminded that any separation and/or divorce proceedings are to be handled in an appropriate manner, and that he is expected to satisfy any financial obligations related his self-employment endeavors.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Harold Dean Garretson Jr.
Docket No. 7:16-CR-104-1D
Petition For Action
Page 2

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

/s/ David W. Leake
David W. Leake
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-679-2045
Executed On: June 23, 2017

### ORDER OF THE COURT

Considered and ordered this __28__ day of __June__, 2017, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
Chief U.S. District Judge